# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Roosevelt Jones | ) Case No: 3:09cr30-001/MCR |
| | ) USM No: 07117-017 |
| Date of Previous Judgment: July 22, 2009 | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☒ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: _____        Amended Offense Level: _____
Criminal History Category: _____     Criminal History Category: _____
Previous Guideline Range: _____ to _____ months    Amended Guideline Range: _____ to _____ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Defendant is a career offender. Accordingly, his sentence was based on §4B1.1 of the Sentencing Guidelines, not §2D1.1. Amendment 706, therefore, does not apply, and defendant is not entitled to a sentence reduction under 18 U.S.C. § 3582(c)(2). See United States v. Moore, 541 F.3d 1323 (11th Cir. 2008).

All provisions of the judgment dated July 22, 2009 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 3-11-10

Effective Date: _____
(if different from order date)

Judge's signature

M. Casey Rodgers, United States District Judge
Printed name and title

Rec'd 03 11 '10 USDCFlnJPm1255