IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                   Case No.:  3:09cr30/MCR
                                                                 3:11cv156/MCR/CJK

ROOSEVELT JONES
_____/

## REPORT AND RECOMMENDATION

This matter is before the court on defendant's motion to withdraw his motion to vacate, set aside, or correct sentence filed pursuant to 28 U.S.C. § 2255 (doc. 42). As grounds for dismissal, defendant asserts that a habeas petition is not the appropriate avenue to secure the relief requested, a downward adjustment to his prison term (doc. 42). Defendant requests dismissal of this habeas action without prejudice to his refiling at a future time (doc. 42).

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer, or files a motion for summary judgment. Because the government has not yet served an answer in the instant case, defendant is automatically entitled to a voluntary dismissal at this time. The dismissal should be without prejudice to defendant's refiling the petition when all of his claims have been exhausted. Defendant, however, should be aware of 28 U.S.C. § 2255(f), which establishes a one-year period of limitation for applications for writs of habeas corpus.

The one-year period normally runs from the date on which the judgment of conviction becomes final.  *See* 28 U.S.C. § 2255(f)(1).  Additionally, the fact that the petition is dismissed without prejudice does not preclude a determination that a subsequently filed section 2255 petition is untimely or otherwise procedurally barred.

Accordingly, it is respectfully **RECOMMENDED**:

That defendant's motion to withdraw motion to vacate, set aside, or correct sentence (doc. 42) be **GRANTED** and this action dismissed without prejudice.

At Pensacola, Florida, this 11th day of May 2011.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* **28 U.S.C. § 636;** <u>United States v. Roberts</u>**, 858 F.2d 698, 701 (11th Cir. 1988).**

Case No.:  3:09cr30/MCR; 3:11cv156/MCR/CJK