IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                          Case No.    3:09cr30/MCR
                                                         3:11cv156/MCR/CJK

ROOSEVELT JONES

_____/

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on May 11, 2011, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  The defendant's motion to withdraw motion to vacate, set aside, or correct sentence (doc. 42) is GRANTED and this action is dismissed without prejudice.

**DONE AND ORDERED** this 13th day of June, 2011.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**